# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-41040
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 26, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MIGUEL MARTINEZ-ABAD, also known as Michael, also known as Miguel
Angel Gonzalez,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:13-CR-281-18

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Miguel Martinez-Abad, has moved
for leave to withdraw and has filed a brief and a supplemental brief pursuant
to *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632
F.3d 229 (5th Cir. 2011). Martinez-Abad has not filed a response. We have
reviewed counsel's briefs and the relevant portions of the record reflected

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 15-41040

therein.   We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.   *See* 5TH CIR. R. 42.2.